# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 4, 2026

Lyle W. Cayce
Clerk

No. 25-40022
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

NYZHAIR AHMIR EMANUEL NOBBIE,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:24-CR-783-1

Before RICHMAN, SOUTHWICK, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

Nyzhair Ahmir Emanuel Nobbie was convicted of transporting an illegal alien and conspiring to do the same. *See* 8 U.S.C. §§ 1324(a)(1)(A)(ii), (v)(I). On appeal, he contends that the district court should have suppressed evidence that three illegal aliens were discovered in his car during a roving Border Patrol stop. In Nobbie's view, the agent lacked reasonable suspicion

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-40022

to stop the car, so the evidence should never have reached the jury. Because the totality of the circumstances supported the agent's reasonable suspicion that Nobbie was engaged in illegal conduct, we AFFIRM the district court's denial of Nobbie's motion to suppress and its judgment of conviction. *See United States v. Brignoni-Ponce*, 422 U.S. 873, 884 (1975); *United States v. Jacquinot*, 258 F.3d 423, 427 (5th Cir. 2001).